IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 14 2000

Michael N. Milby
Clerk of Court

| JENNIFER VILLARREAL | § | |
| | § | |
| V. | § | C.A. NO. C-00-52 |
| | § | |
| SAN PATRICIO COUNTY, ET AL. | § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall

manage and prepare this case for trial before the undersigned.  Magistrate Judge Ellington shall

exercise all authority granted to her under 28 U.S.C. § 636 including, without limitation,

resolution of discovery disputes and other pretrial disputes between the parties.  On dispositive

matters where decision of a district judge is necessary, the magistrate judge shall make recommen-

dations to the district judge promptly.

ORDERED this _____ *11* _____ day of _____ *Feb* _____, 2000.


_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE