IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JENNIFER VILLARREAL, § | |
|     Plaintiff § | |
| § | |
| v. § | Civil Action No. C-00-052 |
| § | |
| SAN PATRICIO COUNTY and § | |
|     PETE RODRIGUEZ, individually § | |
|     and in his official capacity § | |
|     Defendants § | |

### PLAINTIFF JENNIFER VILLARREAL'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Jennifer Villarreal, pursuant to the Court's Order for Conference and Disclosure of Interested Parties, files this certificate of interested parties.

The following entities have a financial interest in the outcome of this litigation:

1. Jennifer Villarreal, Plaintiff.

2. Pedro Rodriguez, Defendant.

3. San Patricio County, Defendant.

4. C. L. Wright, III, counsel for Plaintiff.

5. Colleen McHugh, Bracewell & Patterson, L.L.P., counsel for Defendant San Patrico County.

Davila - Certificate of Interested Parties

Date: 11 February 2000                Respectfully submitted,

                                                C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
710 N. Mesquite Street
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

ATTORNEY FOR PLAINTIFF
JENNIFER VILLARREAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Certificate of Interested Parties was forwarded to counsel for Defendant, Colleen McHugh, Bracewell & Patterson, 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Boulevard, Corpus Christi, Texas 78401, by certified mail # Z 273 300 169, return receipt requested, postage pre-paid on this the 11th day of February, 2000.

                                                C. L. Wright, III