IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 25 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JENNIFER VILLAREAL | § | |
| V. | § | C.A. NO. C-00-52 |
| SAN PATRICIO COUNTY, ET AL. | § | |

### AMENDED INITIAL PRETRIAL AND SCHEDULING CONFERENCE NOTICE

COUNSEL and CLIENT with full authority to settle the case shall appear for an initial pretrial and scheduling conference before.

**U. S. Magistrate Judge B. Janice Ellington
on   Wednesday, March 29, 2000, at 1:15 p.m.   ,
*1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476**

ORDERED this ___23___ day of February, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

*Represents a change in location.*