United States District Court
Southern District of Texas
FILED

FEB 25 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL, § | | |
| § | | |
| PLAINTIFF § | | |
| § | | |
| VS. § | CIVIL ACTION NO. C-00-052 | |
| § | [JURY] | |
| SAN PATRICIO COUNTY and PETE § | | |
| RODRIGUEZ, Individually and in his § | | |
| official capacity § | | |
| § | | |
| DEFENDANTS § | | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Defendants San Patricio County and Pedro G. Rodriguez, pursuant to the Court's Order for Conference and Disclosure of Interested Parties, file this certificate of interested parties.

The following entities have a financial interest in the outcome of this litigation:

1. Jennifer Villarreal, Plaintiff.

2. San Patricio County, Defendant.

3. Pedro G. Rodriguez, Defendant.

4. Coregis Insurance Company (A Stock Insurance Company), an Indiana Corporation.

5. C. L. Wright, III, Attorney for Plaintiff.

6. Christine Emerson Braugh, Lisa Brown, M. Colleen McHugh, Bracewell & Patterson, L.L.P., Attorneys for Defendant.

1.

Respectfully submitted,

*[signature: Christine Emerson Braugh]*

Christine Emerson Braugh
Attorney-in-Charge
State Bar No. 00796511
Federal ID No. 21521

OF COUNSEL:

M. Colleen McHugh
State Bar No. 00000071
Federal ID No. 978
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza-South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
Telecopier: (361) 882-6659

ATTORNEYS FOR DEFENDANTS
SAN PATRICIO COUNTY AND
PEDRO G. RODRIGUEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendants' Certificate of Interested Parties** was mailed to opposing counsel at the address listed below via U. S. Certified Mail, return receipt requested, on this the 25th day of February, 2000.

C. L. Wright, III
Attorney at Law
710 N. Mesquite St.
Corpus Christi, Texas 78401

*[signature: Christine Emerson Braugh]*

Christine Emerson Braugh

AYART\TEMP\TEMP
CORPUS CHRISTI\509127.1

2