

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL,<br>    COMPLAINANT | § § § | |
| vs. | § § | CIVIL ACTION NO. C-00-052<br>JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and<br>PEDRO G. RODRIGUEZ<br>    DEFENDANTS | § § § § | |

MOTION TO FILE JOINT DISCOVERY/
CASE MANAGEMENT PLAN WITHOUT
SIGNATURE OF DEFENSE COUNSEL

NOW COMES Jennifer Villarreal, Complainant in the above styled and numbered cause of action and makes and files this her Motion to File Joint Discovery/Case Management Plan Without Signature of Defense Counsel, and in support thereof would show unto the Court as follows:

I.

1.01   Defense counsel has refused to sign off on the joint discovery/case management plan because complainant's counsel used the term "complainant" instead of "plaintiff".

II.

2.01   Complainant would submit that all requested changes to the document requested by defense counsel have been made, and that the parties are in substantial agreement over the material representations made in the document.

III.

3.01   Complainant's counsel has conferred with M. Colleen McHugh, who informed him that she would be preparing her own version of the joint discovery/case management plan.

8.

WHEREFORE, PREMISES CONSIDERED, Complainant requests the Court accept the joint discovery/case management plan without defense counsel's signature.

Respectfully submitted:

C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
814 Leopard Street
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel entitled to notice on this date by either facsimile transfer, first class mail, or other authorized manner of service. Signed this the 28th day of February 2000.

*C. L. Wright, III*
C. L. Wright, III

Via first class mail upon:

Mrs. Christine Emerson Braugh
Bracewell & Patterson, L.L.P.
800 N. Shoreline, Ste. 2000
Corpus Christi, Texas 78401

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL,<br>    COMPLAINANT | § § § | |
| vs. | § § | CIVIL ACTION NO. C-00-052<br>JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and<br>PEDRO G. RODRIGUEZ<br>    DEFENDANTS | § § § | |

ORDER ON COMPLAINANT'S MOTION TO FILE
JOINT DISCOVERY/CASE MANAGEMENT PLAN
WITHOUT SIGNATURE OF DEFENSE COUNSEL

On this day came on for consideration Complainant's Motion to File Joint Discovery/Case Management Plan without Signature of Defense Counsel. The Court finds the motion well taken and orders the Joint Discovery/Case Management Plan as filed by Complainant's Counsel be accepted for filing.

    Signed this the _____ day of February, 2000.