

United States District Court
Southern District of Texas
ENTERED

MAR 01 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL, | § | |
| COMPLAINANT | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-052 |
| | § | JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and | § | |
| PEDRO G. RODRIGUEZ | § | |
| DEFENDANTS | § | |

ORDER ON COMPLAINANT'S MOTION TO FILE
JOINT DISCOVERY/CASE MANAGEMENT PLAN
WITHOUT SIGNATURE OF DEFENSE COUNSEL

On this day came on for consideration Complainant's Motion to File Joint Discovery/Case Management Plan without Signature of Defense Counsel. The Court ~~finds the motion well taken~~ *denies the motion* and orders the Joint Discovery/Case Management Plan ~~as filed by Complainant's Counsel be accepted for filing.~~ *be struck by the Clerk.*

Signed this the 29 day of February, 2000.

_____
Judge Presiding