United States District Court
Southern District of Texas
FILED

FEB 29 2000

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL,<br>COMPLAINANT | § § § | |
| vs. | § § | CIVIL ACTION NO. C-00-052<br>JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and<br>PEDRO G. RODRIGUEZ<br>DEFENDANTS | § § § § | |

UNOPPOSED MOTION TO WITHDRAW MOTION TO FILE
JOINT DISCOVERY/CASE MANAGEMENT PLAN
WITHOUT SIGNATURE OF DEFENSE COUNSEL

NOW COMES Jennifer Villarreal, Complainant in the above styled and numbered cause of action and makes and files this her Motion to Withdraw Motion to File Joint Discovery/Case Management Plan Without Signature of Defense Counsel, and in support thereof would show unto the Court as follows:

I.

1.01    Complainant was unaware that the Initial Pretrial and Scheduling Conference Notice had been amended from 2 March 2000 at 1:15 p.m. to 29 March 2000 at 1:15 p.m.

1.02    Complainant received notice of this Amendment on the morning of 29 February 2000.

II.

2.01    Under the impression that the Intitial Pretrial and Scheduling Conference had been noticed for 2 March 2000 Complainant thought it necessary to file the Joint Discovery/Case

Management Plan by the Court's deadline.

### III.

3.01    Complainant would submit that all requested changes to the document requested by defense counsel will be considred and Complainant believes that the parties will come to an agreement over the material representations made in the document.

Respectfully submitted:

_____
C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
710 N. Mesquite St.
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

## CERTIFICATE OF CONFERENCE

Complainant's counsel has conferred with opposing counsel, and this motion is unopposed.

_____
C. L. Wright, III

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel entitled to notice on this date by either facsimile transfer, first class mail, or other authorized manner of service.

Signed this the 29th day of February 2000.

_____
C. L. Wright, III

Via first class mail upon:

Mrs. Christine Emerson Braugh
Bracewell & Patterson, L.L.P.
800 N. Shoreline, Ste. 2000
Corpus Christi, Texas 78401

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL,<br>　　COMPLAINANT | § § § | |
| vs. | § § | CIVIL ACTION NO. C-00-052<br>JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and<br>PEDRO G. RODRIGUEZ<br>　　DEFENDANTS | § § § | |

ORDER ON COMPLAINANT'S UNOPPOSED WITHDRAW
MOTION TO FILE JOINT DISCOVERY/CASE MANAGEMENT
PLAN WITHOUT SIGNATURE OF DEFENSE COUNSEL

On this day came on for consideration Complainant's Motion to Withdraw Motion to File Joint Discovery/Case Management Plan without Signature of Defense Counsel. The Court finds the motion well taken and orders the Motion to File Joint Discovery/Case Management Plan Without Signature as filed by Complainant's Counsel be withdrawn.

　　Signed this the _____ day of February, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Presiding