IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLAREAL | § | |
| V. | § | CA C-00-52 |
| SAN PATRICIO COUNTY, ET AL. | § | |

United States District Court
Southern District of Texas
ENTERED
MAR - 6 2000
Michael N. Milby
Clerk of Court

### ORDER DENYING AS MOOT MOTION TO WITHDRAW

Plaintiff's motion for leave to withdraw motion for leave to file joint discovery/case management plan without signature of defense counsel (D.E. 11) is denied as moot. The original joint discovery/case management plan was struck, and the court has been informed that the parties are prepared to file their plan with the signatures of counsel for all parties.

ORDERED this 3 day of March, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE