United States District Court
Southern District of Texas
FILED
MAR 17 2000
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-052 |
| | § | JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and | § | |
| PETE RODRIGUEZ | § | |
|     DEFENDANTS | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

1. State where and when the meeting of the parties required by Rule 26 was held, and identify the counsel who attended for each party.

   Answer:   The Rule 26 meeting was held on 28 February 2000 between C. L. Wright, III and Christine Emerson Braugh.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   Answer:   None.

3. <u>Briefly</u> describe what this case is about.

   Answer:   Sexual harassment and retaliation claim against San Patricio County and Commissioner Pedro G. Rodriguez and Section 1983 and state tort claims against Commissioner Pedro G. Rodriguez. Defendants deny that Mrs. Villarreal was ever subjected to a hostile work environment, was harassed, or was retaliated against. Defendants at all times acted for legitimate,

14.

nondiscriminatory business reasons. Defendants further deny Mrs. Villarreal's allegations under 42 USC§1983 and state tort claims.

4. Specify the allegation of federal jurisdiction.

   **Answer:** Jurisdiction is proper under 28 USC §1331 because Mrs. Villarreal seeks relief under 42 USC §2000(e) and 42 USC §1983.

5. Name the parties who disagree and the reasons.

   **Answer:** None.

6. List anticipated additional parties that should be included, when they will be added, and by whom they are wanted.

   **Answer:** Mrs. Villarreal may include additional individual defendants if the facts so warrant.

7. State anticipated interventions.

   **Answer:** None.

8. Describe class-action issues.

   **Answer:** None.

9. State whether each party represents that is has made the initial disclosures required by Rule 26(a). If not, state why not, and describe the arrangements that have been made to complete the disclosures.

   **Answer:** The parties have submitted their respective initial disclosures.

10. Prepare and submit a written agreed discovery plan, including, without limitation:

A. Responses to all the matters raised in Rule 26(f).

Answer: All matters raised in Rule 26(f) are addressed herein. The parties do not anticipate changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules. Mrs. Villarreal contends that discovery should be limited to the allegations and defenses as raised in the pleadings, and that depositions be limited to persons with knowledge of relevant facts and, if necessary, to any experts whose opinions may be presented at trial.

B. When and to whom the Mrs. Villarreal intends to send written discovery.

Answer: Mrs. Villarreal submitted written discovery to the defendants on 28 February 2000.

C. When and to whom the defendant intends to send written discovery.

Answer: Defendants will submit written discovery to Mrs. Villarreal before or within sixty days of the initial scheduling conference.

D. Of whom and when the plaintiff anticipates taking oral depositions.

Answer: Mrs. Villarreal anticipates deposing Commissioner Pete Rodriguez, County Judge Josephine Miller, County Attorney David Aken, Investigator Rick Moore, Norma Gonzalez, other various fact witnesses, and the defendants' expert witnesses and persons with knowledge of relevant facts. Mrs. Villarreal is scheduled to be deposed on April 7, 2000, David Aken and

Rick Moore are scheduled to be deposed on April 11, 2000, Pete Rodriguez is scheduled to be deposed on April 14, 2000, Norma Gonzales and Willie Pena are scheduled to be deposed on April 18, 2000 and Josephine Miller is scheduled to be deposed on April 21, 2000.

E. Of whom and when the defendants anticipate taking oral depositions.

Answer: Defendants anticipate deposing the Mrs. Villarreal, and any witnesses she identifies as having knowledge of relevant facts and any witnesses she identifies as having knowledge of allegedly wrongful acts on the part of Defendants. Defendants reserve the right to depose any experts designated by Mrs. Villarreal. Defendants also reserve the right to depose or participate in depositions of experts designated by Defendants. Mrs. Villarreal is scheduled to be deposed on April 7, 2000.

F. When Mrs. Villarreal (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

Answer: Mrs. Villarreal will be able to designate experts and provide their reports in compliance with the Court's order. Defendants will be able to designate experts and provide their reports in compliance with the Court's order.

G. List expert depositions that Mrs. Villarreal (or the party with the burden of proof

on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Answer:** Mrs. Villarreal does not anticipate taking any expert depositions at this time. If experts are designated, Mrs. Villarreal may depose them.

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Answer:** Defendants anticipate taking the deposition of any expert designated by Mrs. Villarreal. Defendants may also depose or participate in depositions of experts designated by Defendants.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    **Answer:** The parties agree to the Scheduling Order.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

    **Answer:** Mrs. Villarreal has served written discovery upon Defendants on 28 February 2000. The depositions of Jennifer Villarreal, Norma Gonzales, Willie Pena, Josephine Miller, Pete Rodriguez, David Aken and Rick Moore have been scheduled.

13. State the date the planned discovery can reasonably be completed.

    **Answer:** The discovery will be completed in compliance with the Court's order.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26 meeting.

>   Answer: This case will not settle promptly.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

    Answer: Mrs. Villarreal suggested scheduling depositions as soon as possible to allow the parties an opportunity to evaluate the case. Mrs. Villarreal would like to mediate this case as soon as possible.

    Defendants contend that the matter may be resolved through mediation once the parties have had sufficient discovery to enable them to properly evaluate the case.

16. From the attorneys' discussions with their respective clients, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    Answer: The matter may be resolved through mediation once the parties have had sufficient discovery to enable them to properly evaluate the case. Mrs. Villarreal would like to do this as soon as possible. Because of the seriousness of the allegations in the case, Defendants contend that mediation should not occur prematurely and is likely to be more effective after Defendants have had a full and fair opportunity to engage in discovery. Mrs Villarreal would inform the Court that if Defendants engage in protracted litigation and discovery, the time and expense incurred by Mrs. Villarreal may make mediation unfeasible.

17. Magistrate judges may hear jury and non-jury trials. Indicate the parties' joint position

on a trial before a magistrate judge.

**Answer:** All parties do not consent.

18. State whether a jury demand has been made and if it was made on time.

    **Answer:** A timely jury demand has been made.

19. Specify the number of hours it will take to present the evidence in this case.

    **Answer:** Thirty hours.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **Answer:** None.

21. List other motions pending.

    **Answer:** None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

    **Answer:** None.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listed the date of filing for original and any amendments.

    **Answer:** Mrs. Villarreal filed her Certificate of Interested Parties on 15 February 2000. Defendants, San Patricio County and Commissioner Pedro G. Rodriguez, filed their Certificate of Interested Parties on 25 February 2000.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

**Answer:** Attorney-in-charge for Mrs. Villarreal:
C. L. Wright, III
State Bar No. 22025510
Federal Admission No. 9252
710 North Mesquite Street
Corpus Christi, Texas 78401
361/883-8737 - telephone
361/882-6316 - facsimile transfer

Attorney-in-charge for Defendants, San Patricio County and Commissioner Pedro G. Rodriguez:
Christine Emerson Braugh
State Bar No. 00796511
Federal Admissions No. 21521
*Bracewell & Patterson, L.L.P.*
One Shoreline Plaza, Ste. 2000 South Tower
Corpus Christi, Texas 78401
361/882-6644 - telephone
361/882-6659 - facsimile transfer

Of Counsel:
Lisa A. Brown
*Bracewell & Patterson, L.L.P.*
State Bar No. 03151470
Federal Admissions No. 11478
711 Louisiana, Ste. 2900
719/223-2900 - telephone
713/221-1212 - facsimile transfer

Respectfully submitted:

*[signature]*

C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
814 Leopard Street
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

*[signature]*

Christine Emerson Braugh
***BRACEWELL & PATTERSON, L.L.P.***
State Bar No. 00796511
Federal Admissions No. 21521
One Shoreline Plaza, Ste. 2000 South Tower
Corpus Christi, Texas 78401
361/882-6644 - telephone
361/882-6659 - facsimile transfer