# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (1414 - 1618)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

United States District Court
Southern District of Texas
FILED

MAR 29 2000

Michael N. Milby, Clerk

**DATE:** 3-29-00   **OPEN:** 1:15 pm   **CLOSE:** 1:20 pm

**CIVIL ACTION NO.:** C-00-52

Jennifer Villarreal   **COUNSEL:** Clyde Wright

VS.

San Patricio Co., et al   **COUNSEL:** Christine Brough

(X) Proceeding IPTC

Case called. Parties had no objection to dates on proposed scheduling order. Court enters scheduling order + advises parties that if they have any discovery disputes, they can request a conference call.

Court adjourned.

15.