United States District Court
Southern District of Texas
FILED

APR 10 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL, COMPLAINANT | § § § | |
| VS. | § § | CIVIL ACTION NO. C-00-052 JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and PETE RODRIGUEZ DEFENDANTS | § § § § | |

## EMERGENCY MOTION FOR PROTECTIVE ORDER

Now Comes, Jennifer Villarreal and makes and files this her Emergency Motion for Protective Order, and in support thereof would show unto the Court as follows:

I.

Plaintiff, Jennifer Villarreal, files herewith her affidavit in support of this motion. This affidavit is filed under seal, and no copy of this affidavit is being served upon opposing counsel.

II.

Defendant's counsel, M. Colleen McHugh, is conducting Plaintiff's deposition in a manner meant to be unreasonably intrusive into the personal family matters of Plaintiff and her husband. Ms. McHugh has inquired into Plaintiff's health care providers and child bearing issues which are in no way related to this litigation. Plaintiff seeks protection therefrom pursuant to FRCP Rule 26 (c).

Plaintiff prays this Court grant this request for a protection order, and likewise ORDER Defendants to keep the making of this motion, the questions propounded and the Plaintiff's refusal to answer completely and totally confidential, and such other and further relief to which Plaintiff has shown is justly entitled and which will protect her privacy interests.

Respectfully submitted,

*C. L. Wright, III*
C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
710 North Mesquite Street
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Emergency Motion for Protective Order was forwarded to counsel for Defendant, Colleen McHugh, Bracewell & Patterson, 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Boulevard, Corpus Christi, Texas 78401, hand-delivery on this the 10th day of April, 2000.

*C. L. Wright, III*
C. L. Wright, III

## CERTIFICATE OF CONFERENCE

I C. L. Wright, III do hereby certify that I have conferred with opposing counsel and they do/~~do not~~ oppose the making of this motion.

*C. L. Wright, III*
C. L. Wright, III

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL, | § | |
|     COMPLAINANT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-052 |
| | § | JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and | § | |
| PETE RODRIGUEZ | § | |
|     DEFENDANTS | § | |

## ORDER ON EMERGENCY MOTION FOR PROTECTIVE ORDER

On this day came on for consideration Plaintiff's Emergency Motion for Protective Order.

The Court has made an in camera examination of the affidavit of Jennifer Villarreal, and finds that the Plaintiff's privacy interests outweigh any probative value of the evidence contained therein. The Court further ORDERS that the Defendants' and their attorneys shall keep the questions propounded in the deposition related to her health care providers and child bearing issues totally and completely confidential.

Signed this the ___ day of April, 2000.

_____
Judge Presiding