IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 10 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JENNIFER VILLARREAL | § | |
| | § | |
| V. | § | C.A. NO. C-00-52 |
| | § | |
| SAN PATRICIO COUNTY, ET AL. | § | |

## ORDER OF REFERRAL

Plaintiff's Emergency Motion for Protective Order with Affidavit filed under seal (D.E. 17), as well as any responses filed, are referred to United States Magistrate Judge B. Janice Ellington for review, hearing as needed, and decision. 28 U.S.C. § 636.

ORDERED this _10_ day of _April_, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE