# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED
APR 10 2000
Michael N. Milby, Clerk

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (1087-1855)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

**DATE:** 4-10-00    **OPEN:** 1:35 pm    **CLOSE:** 2:00 pm

**CIVIL ACTION NO.:** C-00-52

Jennifer Villarreal

**COUNSEL:** Clyde Wright, III

VS.

San Patricio County, et al

**COUNSEL:** Christine Brough
Coleen McHugh

**(X) Proceeding** Emergency Hrg on Pltff's Motion for Protective Order. Case called. Arguments heard. Court orders Ms. Villarreal to answer all questions and deft's attys not to redisclose information to anyone, directly or indirectly. Agreed order to be prepared by Ms. McHugh & submitted to Judge Ellington for her signature.

Court adjourned.

19.