# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED
APR 11 2000
Michael N. Milby, Clerk

JUDGE PRESIDING: **B. JANICE ELLINGTON**

CASE MGR/ERO: Grace Lerma

LANIER TAPE NO. 1 (10 – 300)

LAW CLERK: —

U. S. MARSHAL: —

INTERPRETER: —

DATE: 4-11-00     OPEN: 10:20 Am     CLOSE: 10:30 Am

CIVIL ACTION NO.: C-00-52

Jennifer Villarreal                COUNSEL: Clyde Wright, III

VS.

San Patricio Co., et al            COUNSEL: Christine Brough

(X) Proceeding Emergency Hrg on Discovery Dispute. Case Called. Arguments heard. Court orders the identity of person making complaint not be disclosed to anyone other than those person needing to know & those persons are ordered Not to redisclose any information to anyone else. Agreed Protective Order to be submitted for Court's signature. Any protected material relating to Motion for Summary Judgment should be submitted under seal.

Court adjourned.