United States District Court
Southern District of Texas
FILED

APR 20 2000

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| JENNIFER VILLARREAL, | § | |
| COMPLAINANT | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-052 |
| | § | JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and | § | |
| PETE RODRIGUEZ | § | |
| DEFENDANTS | § | |

**EMERGENCY MOTION TO FIX DEADLINE
FOR FILING APPEAL UNDER FRCP RULE 72**

Now Comes, Jennifer Villarreal and makes and files this her Emergency Motion to Fix Deadline for Filing Appeal Under FRCP 72, and in support thereof would show unto the Court as follows:

**I.**

**FACTS**

1.01     On 11 April 2000, Plaintiff moved the magistrate Judge to over rule the objection of Defendant, San Patricio County, Texas to an area of discovery and compel the witness Mr. Rick Moore to respond to questions propounded by Plaintiff's counsel. Plaintiff's counsel was attempting to elicit testimony regarding his experience as an investigator of sexual harassment claims. It has been established that a situation similar to the case at bar occurred in the San Patricio Health Department.

1.02     Plaintiff sought to discover the name of the victim of the harassment and the harasser to investigate whether or not prompt remedial action was taken, whether or not there

21.

existed a sexual harassment policy in place which was calculated to bring forward complaints of illegal behavior, and whether or not the county had a practice of failing to prevent sexual harassment from occurring. It should be noted that the witness Rick Moore, held the opinion that there were problems with the sexual harassment policy and its enforcement given the continuous violation of the policy by a Commissioner, the County Sheriff and the head of the San Patricio County Health Department.

1.03      In a telephone conference hearing on the matter, Magistrate Judge Ellington held that the information sought was discoverable, but instructed the litigants that the information would be subject to a confidentiality order. Plaintiff had no objections to keeping this information in confidence. After the Court made its ruling, Defendant, San Patricio County, informed the Plaintiff that they would not allow the witness to answer the questions, and instead would exercise its right to appeal the order allowing this discovery.

II.

STANDARD OF REVIEW

2.01      FRCP Rule 72 allows the district court to modify or set aside any portion of a magistrate judge's order found to be clearly erroneous or contrary to law. Obviously Magistrate Judge Ellington's order was not clearly erroneous nor was it contrary to law.

2.02      A party may discover any information relevant to the subject matter of the lawsuit that is not privileged. FRCP Rule 26 (b)(1); *Rhone-Poulenc Rorer, Inc. v. Home Indem. Co.*, 32 F 3Rd 851, 861 (3rd Cir. 1994). This information may relate to the claim or defense of any party. The information sought need not be admissible at trial to be discoverable, as long as the information

appears to be reasonably calculated to the discovery of admissible evidence.  FRCP Rule 26 (b)(1); *Deegan v. U.S.* 116 SCt 1777, 1782 (1996).  Clearly this information is related to San Patricio County's contention that it was taking reasonable steps to prevent harassment from occurring and whether or not it took appropriate steps to address the situation once it occurs.

## III.

## REQUEST TO FIX DEADLINE

3.01      Plaintiff requests the Court to acknowledge that the ten day period for appeal of the magistrate judge's order (as set out in FRCP Rule 72 ) should run from 25 April 2000, the date the judge orally pronounced the order on the record.  It was on that date that the Defendant, San Patricio County, Texas, declined to obey the magistrate judge's order and made the affirmative decision to seek appellate review of said order.  An oral order made by a magistrate on the record need not be reduced to writing and signed to be sufficient for appeal.  1983 Notes of Adv. Comm. to FRCP Rule 72(a), para. 1, p. 967.  Plaintiff would submit that defendant, San Patricio County, Texas, is unnecessarily delaying the release of this information to obstruct discovery and prevent Plaintiff from fully developing her case.

3.02      Plaintiff has rescheduled the deposition of San Patricio County Judge Josephine Miller from 21 April 2000 to 10 May 2000 and would request that this Court grant this motion and rule as promptly as possible so that evidence related to these issues be developed at Judge Miller's deposition.  Due to the time for the deposition of Judge Miller, Plaintiff seeks an expedited ruling on the appeal.

          WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court set the

deadline for the filing of the appeal of the Magistrate Judge's order as 25 April 2000, and that,

upon a review of the issues presented and appropriate case law thereunder, that the appeal be in

all ways DENIED, and that the Magistrate Judge's order be enforced forthwith.

Respectfully submitted,

C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
710 North Mesquite Street
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

Emergency Motion to Fix Deadline for
Filing Appeal Under FRCP Rule 72 - Page 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Emergency Motion to Fix Deadline for Filing of Appeal Under FRCP Rule 72 was forwarded to counsel for Defendant, Colleen McHugh, Bracewell & Patterson, 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Boulevard, Corpus Christi, Texas 78401, hand-delivery on this the 20th day of April, 2000.

_____
C. L. Wright, III

## CERTIFICATE OF CONFERENCE

I C. L. Wright, III do hereby certify that I have conferred with opposing counsel and they oppose the making of this motion.

_____
C. L. Wright, III

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

JENNIFER VILLARREAL,      §
       COMPLAINANT      §
       §
VS.      §     **CIVIL ACTION NO. C-00-052**
       §     **JURY TRIAL REQUESTED**
SAN PATRICIO COUNTY, TEXAS and §
PETE RODRIGUEZ      §
       DEFENDANTS      §

### ORDER ON MOTION TO FIX DEADLINE
### FOR FILING APPEAL UNDER FRCP RULE 72

ON THIS DAY came on for consideration Plaintiff's Motion to Fix Deadline for Filing Appeal Under FRCP Rule 72. After considering the motion, and the fact that Defendant, San Patricio County, Texas, declined to follow the lower court's order on 25 April 2000 and on that day elected to appeal the lower court's ruling, in the interest of justice and because sufficient grounds exist, the Court hereby fixes the date for said appeal to be filed with this Court as 25 April 2000. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the deadline for the filing of any appeal to the magistrate judge's ruling on discovery matters relating to the names of individuals whose complaints of sexual harassment were investigated by Rick Moore, the investigator of the sexual harassment claims in this matter, is FIXED as 25 April 2000.

Signed this the _____ day of April, 2000.

_____
Judge Presiding