IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JENNIFER VILLARREAL,      § | |
|     Plaintiff             § | |
|     § | |
| V.                        § | CIVIL ACTION NO. C-00-052 |
|     § | |
| SAN PATRICIO COUNTY, TEXAS § | JURY TRIAL REQUESTED |
| and PETE RODRIGUEZ,       § | |
| individually and in his official capacity § | |
|     Defendants § | |

### ORDER ON DEFENDANTS' ORAL MOTION FOR PROTECTIVE ORDER

On April 11, 2000, the Court considered Defendants' Oral Motion for Protective Order to withhold the identity of persons not parties to this lawsuit. After a telephonic hearing and based upon the evidence and arguments of counsel, the Court hereby GRANTS IN PART and DENIES IN PART Defendants' Oral Motion for Protective Order and FINDS a protective order is necessary to protect the disinterested nonparties to this lawsuit from the public disclosure of private facts. The Court ORDERS that Plaintiff is entitled to discover the identities of the alleged harasser and the complainant, persons involved in a sexual harassment investigation conducted by Rick Moore, Investigator for the County Attorney's Office. The Court FURTHER ORDERS that this information shall be considered confidential and may not be revealed by counsel or the parties absent court order.

SIGNED ON _April 20_, 2000.

_____
Judge Presiding

APPROVED AS TO FORM ONLY AND ENTRY REQUESTED:

*/s/ Christine E. Braugh*
Christine Emerson Braugh
Attorney-In-Charge
State Bar No. 00796511
Federal I.D. No. 021521
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza-South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
Telecopier: (361) 882-6659
ATTORNEY FOR DEFENDANTS
SAN PATRICIO COUNTY and
PEDRO G. RODRIGUEZ

*/s/ C.L. Wright III*   by permission
C.L. Wright III          */s/ Christine E. Braugh*
Attorney-In-Charge
State Bar No. 22025510
Federal I.D. No. 9252
710 N. Mesquite Street
Corpus Christi, Texas 78401-3700
Telephone: (361) 883-8737
Telecopier: (361) 882-6316
ATTORNEY FOR PLAINTIFF
JENNIFER VILLARREAL