IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JENNIFER VILLARREAL,** § | | |
| Plaintiff § | | |
| § | | |
| V. § | CIVIL ACTION NO. C-00-052 | |
| § | | |
| **SAN PATRICIO COUNTY, TEXAS** § | JURY TRIAL REQUESTED | |
| and **PETE RODRIGUEZ,** § | | |
| individually and in his official capacity § | | |
| Defendants § | | |

### ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER

On April 10, 2000, the Court considered Plaintiff's Emergency Motion for Protective Order. The Court examined the evidence presented in camera and based upon the evidence and arguments of counsel, the Court hereby GRANTS IN PART and DENIES IN PART Plaintiff's Emergency Protective Order and FINDS a protective order is necessary to protect Plaintiff Jennifer Villarreal from the public disclosure of private facts. The Court ORDERS that Defendants are entitled to continue the deposition of Plaintiff Jennifer Villarreal on April 10, 2000 with regard to Plaintiff's medical history between January 1, 1995 through the present. The Court FURTHER ORDERS that the portion of the deposition relating to Plaintiff's medical history examined by the Court in camera must be taken separately and the questions asked by defense counsel and Plaintiff's answers may not be revealed by counsel, the parties, or any person present at the deposition absent court order.

SIGNED ON April 20, 2000.

_____
Judge Presiding

APPROVED AS TO FORM AND SUBSTANCE AND ENTRY REQUESTED:

*/s/ Christine E. Braugh*
Christine Emerson Braugh
Attorney-In-Charge
State Bar No. 00796511
Federal I.D. No. 021521
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza-South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
Telecopier: (361) 882-6659
ATTORNEY FOR DEFENDANTS
SAN PATRICIO COUNTY and
PEDRO G. RODRIGUEZ

*/s/ C.L. Wright III* by permission */s/ Christine E. Braugh*
C.L. Wright III
Attorney-In-Charge
State Bar No. 22025510
Federal I.D. No. 9252
710 N. Mesquite Street
Corpus Christi, Texas 78401-3700
Telephone: (361) 883-8737
Telecopier: (361) 882-6316
ATTORNEY FOR PLAINTIFF
JENNIFER VILLARREAL

-2-