IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **JENNIFER VILLAREAL** | § | |
| V. | § | CA C-00-52 |
| **SAN PATRICIO COUNTY, ET AL.** | § | |

### ORDER ON INSTRUMENT #21

Plaintiff's emergency motion for leave to fix the deadline for filing an appeal (D.E. 21) is denied without prejudice. If review by the district court of any ruling by the magistrate is requested, plaintiff may object on grounds of timeliness or on any other ground.

ORDERED this 5 day of May, 2000.

*(signature)*
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE