United States District Court
Southern District of Texas
FILED

MAY 05 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL, | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-052 |
| | § | |
| SAN PATRICIO COUNTY, TEXAS | § | JURY TRIAL REQUESTED |
| and PETE RODRIGUEZ, | § | |
| individually and in his official capacity | § | |
| Defendants | § | |

DEFENDANT SAN PATRICIO COUNTY AND DEFENDANT PEDRO G. RODRIGUEZ'S
ADVICE TO THE COURT CONCERNING
DEFENDANT SAN PATRICIO COUNTY AND DEFENDANT PEDRO G. RODRIGUEZ'S
MOTION TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER

Now come Defendants San Patricio County and Pedro G. Rodriguez and submit this advice to the Court stating as follows:

On May 1, 2000, Defendants filed their Motion to Quash Subpoena Duces Tecum and for Protective Order in this case seeking relief from this Court (i) to quash Plaintiff's subpoena duces tecum attached to Notice of Intent to Take Oral/Video Deposition of Josephine Miller because it improperly attempted to circumvent the directives of Federal Rules of Civil Procedure 30(b)(5) and 34, and (ii) to issue a protective order as to Plaintiff's objectionable requests. On May 5, 2000, the parties entered into an agreement to reschedule the deposition of San Patricio County Judge Josephine Miller from May 10, 2000 to May 23, 2000. Thus, Defendants' motion to quash is now moot. However, Defendants San Patricio County and Pedro G. Rodriguez continue to seek the relief sought in their motion for protective order.

Date: May 5, 2000                                Respectfully submitted,

*Christine E. Braugh* (signature)

Christine Emerson Braugh
Attorney-In-Charge
State Bar No. 00796511
Federal I.D. No. 21521

OF COUNSEL:

M. Colleen McHugh
State Bar No. 00000071
Federal I.D. No. 978
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza-South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
Telecopier: (361) 882-6659

ATTORNEYS FOR DEFENDANTS
SAN PATRICIO COUNTY and
PEDRO G. RODRIGUEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant San Patricio County and Defendant Pedro G. Rodriguez's Advice to the Court Concerning Defendant San Patricio County and Defendant Pedro G. Rodriguez's Motion to Quash and For Protective Order has been forwarded by certified mail, return receipt requested to counsel for Plaintiff, on this the 5th day of May, 2000.

C.L. Wright III                                    Certified Mail, Return
710 North Mesquite                                 Return Requested Z 227 979 354
Corpus Christi, Texas 78401

*Christine E. Braugh* (signature)

Christine Emerson Braugh