# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY - 9 2000

## CONFERENCE CALL NOTICE

| | | |
|---|---|---|
| JENNIFER VILLARREAL | § § | |
| V. | § | CASE NO.  C.A. C-00-52 |
| SAN PATRICIO COUNTY, ET AL. | § § | |

TYPE OF CASE:        __X__ CIVIL         _____ CRIMINAL

**YOU ARE HEREBY DIRECTED TO APPEAR
BY TELEPHONE CONFERENCE\* BEFORE:**

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
**(361) 888-3291**

TIME: __11:00 a.m.__       DATE: __Wednesday, May 10, 2000__

**PURPOSE OF PROCEEDING:**

*Defendant's Motion for Protective Orders*

Michael N. Milby, Clerk

_____
By: Deputy Clerk

DATE: 5-9-00

cc:

Clyde L. Wright, III
Fax: (361) 882-6313
(361) 883-8737

Christine E. Braugh
Fax: (361) 882-6659
(361) 882-6644

31.

\*Court to initiate call.