# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

MAY 10 2000

Michael N. Milby, Clerk

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (1220-3773)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

**DATE:** 5-10-00   **OPEN:** 11:40 am   **CLOSE:** 12:35 pm

**CIVIL ACTION NO.:** C-00-52

Jennifer Villarreal

**COUNSEL:** Clyde L. Wright, III

VS.

San Patricio County, et al

**COUNSEL:** Christine Brough

---

**( X ) Proceeding** Deft's Motion for Protective Order
Case called. Arguments heard.
Court enters ruling as stated on the record.
Written Order with ruling to be entered.

Court adjourned.