United States District Court
Southern District of Texas
FILED

MAY 1 1 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL, COMPLAINANT | § § § § | |
| vs. | § § | CIVIL ACTION NO. C-00-052 JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and PETE RODRIGUEZ DEFENDANTS | § § § § | |

### Advice to the Court regarding Jennifer Villarreal's Response to Defendants' Motion Quash Subpoena Duces Tecum and Request for Protective Order

NOW COMES Jennifer Villarreal and makes and files this her advice to the Court. After her response was prepared for filing on Friday regarding the Defendants' Motion to Quash and Request for Protective Order, the deposition of Josephine Miller was rescheduled by agreement of the parties to 23 May 2000. Mrs. Villarreal would take the position that this renders the Motion to Quash moot. The Defendants', by agreeing to move the deposition, do not waive any relief requested under their request for a protective order.

Respectfully submitted:

C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
814 Leopard Street
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

Jennifer Villarreal's Advice to the Court Regarding
Defendants' Motion Quash Subpoena Duces Tecum
and Request for Protective Order - Page 1

33.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel entitled to notice on this date by either facsimile transfer, first class mail, or other authorized manner of service.

Signed this the __8th__ day of May 2000.

_____
C. L. Wright, III

Via first class mail upon:

Mrs. Christine Emerson Braugh
Bracewell & Patterson, L.L.P.
800 N. Shoreline, Ste. 2000
Corpus Christi, Texas 78401

---

Jennifer Villarreal's Advice to the Court Regarding
Defendants' Motion Quash Subpoena Duces Tecum
and Request for Protective Order - Page 2