United States District Court
Southern District of Texas
ENTERED

MAY 15 2000

Michael N. Milby, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLAREAL | § | 34. |
| V. | § | CA C-00-52 |
| SAN PATRICIO COUNTY, ET AL. | § | |

## ORDER ON MOTION TO QUASH SUBPOENA
## AND FOR PROTECTIVE ORDER

Defendants filed a motion to quash subpoena duces tecum and for protective order (D.E. 26). A telephone conference call hearing was held on Wednesday, May 10, 2000. Because the deposition of County Judge Josephine Miller was rescheduled by agreement and all parties agreed that the motion to quash the subpoena duces tecum served upon Ms. Miller was moot, the motion is denied. Defendants' motion for a protective order is granted in part and denied in part as follows:

(1) Defendants' motion for a protective order as to plaintiff's request for billings or invoices for defendant/Commissioner Pete Rodriguez' home telephone charges, local and long distance, is denied, but only such records which are in the possession of the County covering the billing periods for March 1998 through October 1999 must be produced;

(2) Defendants' motion for a protective order as to plaintiff's request for billings or invoices for defendant/Commissioner Pete Rodriguez' mobile and business telephone charges, local and long distance, is denied, but subject to a protective order that the applicable time period

is March 1998 through October 1999 and plaintiff and her counsel may not re-disclose any of the information, directly or indirectly, without written permission from counsel for defendants or from the court;

(3) Defendants' motion for a protective order as to plaintiff's request for all investigatory files involving any investigation of Pete Rodriguez, on file with San Patricio County, San Patricio County Attorney's Office, the San Patricio County's Sheriff's Department or the San Patricio District Attorney is granted, except to the extent that the request includes investigatory files involving plaintiff's sexual harassment charges against the County and Pete Rodriguez. The plaintiff has failed to show that the files are relevant or reasonably calculated to lead to admissible evidence;

(4) Defendants' motion for a protective order as to plaintiff's request for all settlement documents for any case involving allegations of sexual harassment wherein any portion of the settlement monies was paid for by the funds of San Patricio, Texas, is granted;

(5) Defendants' motion for a protective order as to plaintiff's request for any training manuals or other educational materials utilized by San Patricio County, Texas, for any sexual harassment training given to any elected official or employee for the past five years is denied; and

(6) Defendants' motion for a protective order as to plaintiff's request for all agendas, minutes, notes, and other recordings of any commissioner's court meeting where Jennifer Villarreal or her allegations against Pete Rodriguez were discussed is granted in part. Defendants are ordered to produce, *ex parte* and under seal, for inspection *in camera*, all such records within

-2-

ten days of the date of this order.   The records will not be released to plaintiff until both parties

have an opportunity to raise objections and to have those objections addressed by the district court.


ORDERED this _11_ day of ___May___ , 2000.


B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE