IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
MAY 22 2000
Michael N. Milby, Clerk

| | | |
|---|---|---|
| JENNIFER VILLARREAL, | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-052 |
| | § | |
| SAN PATRICIO COUNTY, TEXAS | § | JURY TRIAL REQUESTED |
| and PETE RODRIGUEZ, | § | |
| individually and in his official capacity | § | |
| Defendants | § | |

DEFENDANT SAN PATRICIO COUNTY AND DEFENDANT PEDRO G. RODRIGUEZ
EX PARTE FILING OF COUNTY RECORDS
PURSUANT TO COURT ORDER DATED MAY 11, 2000

Defendants San Patricio County and Commissioner Pedro G. Rodriguez file these county records, *ex parte* and under seal, for inspection *in camera*.

Date: May 22, 2000

Respectfully submitted,

Christine Emerson Braugh
Attorney-In-Charge
State Bar No. 00796511
Federal I.D. No. 21521

OF COUNSEL:

M. Colleen McHugh
State Bar No. 00000071
Federal I.D. No. 978
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza-South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
Telecopier: (361) 882-6659

ATTORNEYS FOR DEFENDANTS
SAN PATRICIO COUNTY and
PEDRO G. RODRIGUEZ

HONORABLE HAYDEN W. HEAD, JR.

HONORABLE B. JANICE ELLINGTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of DEFENDANT SAN PATRICIO COUNTY AND DEFENDANT PEDRO G. RODRIGUEZ EX PARTE FILING OF COUNTY RECORDS PURSUANT TO COURT ORDER DATED MAY 11, 2000 without enclosures has been forwarded by certified mail, return receipt requested to counsel for Plaintiff, on this the 22nd day of May, 2000.

C.L. Wright III  
710 North Mesquite  
Corpus Christi, Texas 78401

Certified Mail, Return  
Return Requested Z 582 527 053

Christine Emerson Braugh