# CIVIL COURT MINUTES

JUDGE PRESIDING: **B. JANICE ELLINGTON**

CASE MGR/ERO: Grace Lerma

LANIER TAPE NO. 1 ( 951 - 1393 )

LAW CLERK: _____

U. S. MARSHAL: _____

INTERPRETER: _____

United States District Court
Southern District of Texas
FILED

MAY 2 3 2000

MICHAEL N. MILBY, CLERK

DATE: 5-23-00      OPEN: 1:50 pm   CLOSE: 2:00 pm

CIVIL ACTION NO.: C-00-52

Jennifer Villarreal                    COUNSEL: C. L. Wright, III

VS.

San Patricio County                    COUNSEL: Coleen McHugh
                                                Christine Brough

( X ) Proceeding  Discovery Dispute

Case called. Arguments heard. Court
denies pltff's request to have Judge Miller enter
an opinion on sexual harassment. Court advised
parties that any request for hrg regarding discovery
disputes would have to be filed in pleading form.

Court adjourned