IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 05 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JENNIFER VILLARREAL, COMPLAINANT | § § § | |
| vs. | § § § | CIVIL ACTION NO. C-00-052 JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and PETE RODRIGUEZ DEFENDANTS | § § § § | |

### EMERGENCY MOTION TO ALLOW FOR MORE THAN TEN DEPOSITIONS

Now Comes, Jennifer Villarreal and makes and files this her Emergency Motion to Allow for More than Ten Depositions Under FRCP 30(a)(2), and in support thereof would show unto the Court as follows:

I.

1.01    Jennifer Villarreal has deposed nine individuals as of the date of the filing of this motion. Mrs. Villarreal has taken the following depositions:

    A.    Pete Rodriguez - County Commissioner, San Patricio County, Texas. He sexually harassed Mrs. Villarreal and violated her rights as protected by the 14th Amendment.

    B.    Josephine Miller - County Judge of San Patricio County, Texas. She testified about the affirmative defenses of the County.

    C.    Rick Moore - Investigator of the sexual harassment charges.

    D.    David Aken - County Attorney for San Patricio County, Texas. He assisted in the sexual harassment investigation, and testified about the organization of county

government.

E. Judy Burr - County Treasurer for San Patricio County, Texas. She testified about Commissioner Rodriguez's prior incident of sexual harassment of an employee of the County Treasurer's office.

F. Marcy Thormaehlen - Chief Deputy, County Treasurer's office. She testified that the knew of Commissioner Rodriguez's prior incident of sexual harassment of an employee of the County Treasurer's office, and that she failed to relay that information to anyone involved in the investigation of Jennifer Villarreal's sexual harassment complaint.

G. Norma Gonzales - Head of Human Resources for San Patricio County, Texas. She testified that the knew of Commissioner Rodriguez's prior incident of sexual harassment, that she failed to inform anyone involved in the Jennifer Villarreal investigation of Commissioner Rodriguez's prior incident, and that she failed to inform the EEOC investigator of the prior incident of sexual harassment by Commissioner Rodriguez even though she was specifically asked about any prior complaints.

H. Willie Peña - fact witness and coworker of Jennifer Villarreal.

I. Deposition on Written Questions to the County Judge and Commissioners Association of Texas - This organization keeps records on all education classes attended by the County Judge and County Commissioners.

1.02 All of these fact witnesses have testified relating to the causes of action asserted by Jennifer Villarreal. The defendants in this case have designated in excess of twenty individuals with knowledge of relevant facts. Mrs. Villarreal will want to depose all the defendants'

witnesses.

1.03        On 8 June 2000 the undersigned contacted the defendants' counsel and requested deposition dates for six witnesses, being Norma Gonzales, Judy Burr, Marcy Thormaehlen, Fred Nardini, Gordon Porter and Nina Treviño. After repeatedly asking for dates, the depositions were noticed on 15 June for various dates at the end of June, giving two weeks notice to the defendants. The depositions were noticed as follows: Gordon Porter and Nina Treviño for 28 June, Norma Gonzales and Fred Nardini for 29 June and Judy Burr and Marcy Thormaehlen for 30 June.

1.04        Because of scheduling conflicts, the parties agreed to reschedule the depositions for other dates convenient for all parties. Counsel for defendants sent a letter confirming her understanding of the dates for depositions. See the attached Exhibit "A".

1.05        The undersigned would not agree to move the depositions of Nardini, Porter and Treviño without dates being agreed upon. On Tuesday, 27 June, the undersigned had a telephone conversation with Mrs. Christine Braugh wherein the parties agreed orally to move the depositions of Nardini and Treviño to 14 July, and the deposition of Porter to 7 July.

1.06        After having tricked the undersigned into rescheduling the order of the depositions, the defendants state that they will not produce Porter, Nardini or Treviño because Jennifer Villarreal has exceeded her ten deposition limit as set forth in the Federal Rules of Civil Procedure. At no time during the discussions of dates for depositions did the defendants ever bring up the ten deposition limit. Even when dates were selected, and times were established for the taking of the depositions did anyone mention the ten deposition limit.

1.07       Pursuant to FRCP Rule 30(a)(2)(A), Plaintiff requests leave of court to take the depositions of these additional fact witnesses. These individuals were involved in the development of the facts surrounding the sexual harassment investigation, were involved in granting Jennifer Villarreal an enormous salary increase and double promotion within weeks of the sexual harassment compliant, were involved in similar operations to those conducted by Commissioner Rodriguez, and have personal knowledge of Commissioner Rodriguez's reputation for truthfulness and veracity. Additionally, the commissioners have knowledge relevant to the §1983 claim being made against Commissioner Rodriguez.

1.08       The court has discretion to allow for discovery in a case. These individuals are fact witnesses, and have relevant probative evidence which is necessary to the prosecution of Jennifer Villarreal's claims, and to overcoming the affirmative defenses upon which the defendants rely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court lift the ten deposition limit and allow Jennifer Villarreal full and complete discovery so that she may present her case at trial.

Respectfully submitted,

C. L. Wright, III
State Bar No. 22025510
Federal I.D. No. 9252
710 North Mesquite Street
Corpus Christi, Texas 78401
Tel. 361/883-8737, Fax. 361/882-6316

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Emergency Motion to Fix Deadline for Filing of Appeal Under FRCP Rule 72 was forwarded to counsel for Defendant, Colleen McHugh, Bracewell & Patterson, 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Boulevard, Corpus Christi, Texas 78401, hand-delivery on this the 20th day of April, 2000.

_____
C. L. Wright, III

## CERTIFICATE OF CONFERENCE

I C. L. Wright, III do hereby certify that I have conferred with opposing counsel and they oppose the making of this motion.

_____
C. L. Wright, III

Emergency Motion to Allow for More
Than Ten Depositions - Page 5

A



**Bracewell & Patterson** L.L.P.
ATTORNEYS AT LAW

2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Phone: 361.882.6644
Fax: 361.882.6659

June 26, 2000

By Telecopier

Mr. C.L. Wright, III
Attorney at Law
710 North Mesquite Street
Corpus Christi, Texas 78401

    Re: *Jennifer Villarreal v. San Patricio County and Pete Rodriguez, individually and in his official capacity;* Civil Action No. C-00-052 in the United States District Court, Southern District of Texas, Corpus Christi Division

Dear Mr. Wright:

This letter will confirm the following deposition scheduling changes:

Norma Gonzales, previously noticed for June 29, 2000 at 10:30 a.m., is rescheduled to June 29, 2000 at 9:00 a.m.

Judy Burr, previously noticed for June 30, 2000 at 9:00 a.m., is rescheduled to June 29, 2000 at 1:30 p.m.

Marcy Thormaelen, previously noticed for June 30, 2000 at 10:00 a.m., is rescheduled to June 29, 2000 at 2:30 p.m.

Nina Trevino, previously noticed for June 28, 2000, at 9:00 a.m., is canceled and will be rescheduled in the future at a mutually agreeable time.

Gordon Porter, previously noticed for June 28, 2000 at 10:00 a.m., is canceled and will be rescheduled in the future at a mutually agreeable time.

Fred Nardini, previously noticed for June 29, 2000 at 9:00 a.m., is canceled and will be rescheduled in the future at a mutually agreeable time.

BRAUCE\9C2664\009109
CORPUS CHRISTI\520611.1

Houston    Austin    Corpus Christi    Dallas    Fort Worth    San Antonio    Washington, D.C.    London    Almaty



Mr. C.L. Wright
June 26, 2000
Page 2

All of the depositions are to take place at the offices of Bracewell & Patterson, L.L.P., 2000 One Shoreline Plaza, South Tower, 800 North Shoreline Blvd., Corpus Christi, Texas.

If you feel this information does not accurately reflect our previous conversations, please contact me immediately.

Very truly yours,

Bracewell & Patterson, L.L.P.

Christine Emerson Braugh
M. Colleen McHugh

CEB/ml

BRAUCE\9C2664\009109
CORPUS CHRISTI\520611.1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL,<br>  COMPLAINANT | § § § | |
| vs. | § § | CIVIL ACTION NO. C-00-052<br>JURY TRIAL REQUESTED |
| SAN PATRICIO COUNTY, TEXAS and<br>PETE RODRIGUEZ<br>  DEFENDANTS | § § § | |

## ORDER ON MOTION TO ALLOW MORE THAN TEN DEPOSITIONS

ON THIS DAY came on for consideration Plaintiff's Motion to Allow More Than Ten Depositions. The Court finds that the motion is well taken and should be granted.

ORDERED, ADJUDGED AND DECREED that Jennifer Villarreal be allowed to taken the depositions of Gordon Porter, Nina Treviño and Fred Nardini.

Signed this the _____ day of June, 2000.

               _____
               Judge Presiding