IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 05 2000

# HEARING NOTICE

MICHAEL N. MILBY CLERK

JENNIFER VILLARREAL §
§
V. § CASE NO. C.A. C-00-52
§
SAN PATRICIO COUNTY, ET AL. §

| TYPE OF CASE: | __X__ CIVIL | _____ CRIMINAL |

**YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:**

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476

TIME: __11:00 a.m.__    DATE: __Thursday, July 6, 2000__

**PURPOSE OF PROCEEDING:**

*Plaintiff's Emergency Motion to Allow for More than Ten Depositions*

Michael N. Milby, Clerk

_Myra B. Alaniz_
By: Deputy Clerk

DATE: __7-5-00__

cc:

Clyde L. Wright, III
Fax: (361) 882-6313

Christine E. Braugh
Fax: (361) 882-6659