IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 7 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JENNIFER VILLAREAL | § | |
| V. | § | CA C-00-52 |
| SAN PATRICIO COUNTY, ET AL. | § | |

## ORDER ON PENDING MOTIONS

Pending are plaintiff's motion for leave to take in excess of ten depositions (D.E. 40), and defendants' motion to quash and for protective order. A hearing was held on July 6, 2000, and the motions are granted in part and denied in part as follows. Plaintiff may depose the following witnesses: Trevino (limited to three hours), Porter (limited to two hours), and Nardini (limited to two hours). Plaintiff's counsel is not permitted to inquire into the witness's personal relationships of a sexual nature. Plaintiff will also be permitted to depose witnesses Schmidt (limited to four hours), Edwards (limited to four hours), Miller (limited to one hour), Nunez (limited to one hour), Ochoa (limited to one hour), Olivarez (limited to one hour), Kirby (limited to one hour), Stafford (limited to one hour), and Watley (limited to one hour). No other deposition will be permitted.

Leave for Defendants to take more than ten depositions is granted.

ORDERED this __6__ day of __July__, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE