# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (592-2957)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

United States District Court
Southern District of Texas
FILED

JUL 6 - 2000

Michael N. Milby, Clerk

**DATE:** 7-6-00     **OPEN:** 11:00 Am     **CLOSE:** 12:00

**CIVIL ACTION NO.:** C-00-52

Jennifer Villarreal            **COUNSEL:** Clyde Lee Wright, III

VS.

San Patricio Co., et al.       **COUNSEL:** Christine Brough

(X) **Proceeding** Motion Hearing

Case called. Arguments heard. Court grants motion for protective order and grants motion to take more than 10 depositions. Court to enter order with rulings. Court denied pltff's oral motion for mediation.

Court adjourned