UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI TEXAS

United States District Court
Southern District of Texas
FILED

JUL 6 - 2000

Michael N. Milby, Clerk

*Jennifer Villarreal* §
VS §  ~~CR.~~ CA NO. C-00-52
*San Patricio Co., et al* §

RECEIPT FOR ~~COPIES~~ Tapes

I  *Christine Braugh* , acknowledge that I have received  2  ~~copies of~~ *Tapes and 2 agendas submitted for Incamera Inspection* this  6th  day of  *July* , 2000.

_____
~~PERSON RECEIVING COPIES~~ Tapes

_____
DEPUTY CLERK

44.