United States District Court
Southern District of Texas
ENTERED

JUL 27 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER VILLARREAL | § | |
| V. | § | CA C-00-52 |
| SAN PATRICIO COUNTY, ET AL. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

Defendant's unopposed motion for leave to file first amended answer (D.E. 46) is **GRANTED**.

ORDERED this 26 day of July, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE