IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG - 8 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JENNIFER VILLARREAL, Complainant | § § § | |
| vs. | § § | Civil Action No. C-00-052 |
| SAN PATRICIO COUNTY, TEXAS and PETE RODRIGUEZ, individually and in his official capacity Defendants | § § § § § | JURY TRIAL REQUESTED |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JENNIFER VILLARREAL, and Defendants, SAN PATRICIO COUNTY and PEDRO G. RODRIGUEZ, have compromised and resolved all claims herein and have stipulated as part of such resolution that this cause is dismissed with prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, with each party to bear his, her, or its own attorneys' fees and costs of Court.

DATE: August ___, 2000

APPROVED AS TO FORM AND SUBSTANCE:

C.L. Wright III
State Bar No. 22025510
Federal ID No.: 9252
Attorney-in-Charge
710 N. Mesquite
Corpus Christi, TX 78401
(361) 883-8737
(361) 882-6316 (facsimile)

ATTORNEY FOR PLAINTIFF
JENNIFER VILLARREAL

Christine Emerson Braugh
State Bar No.: 00796511
Federal ID No.: 21521
Attorney-in-Charge
M. Colleen McHugh
State Bar No. 00000071
Federal ID No.: 978
2000 One Shoreline Plaza-South Tower
800 N. Shoreline Boulevard
Corpus Christi, TX 78401-3700
(361) 882-6644
(361) 882-6659 (facsimile)

ATTORNEYS FOR DEFENDANTS
SAN PATRICIO COUNTY, TEXAS and
PEDRO G. RODRIGUEZ

48.