IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 17 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JENNIFER VILLARREAL | § § | |
| VS. | § § | C.A. NO. C-00-052 |
| SAN PATRICIO COUNTY, TEXAS, ET AL. | § | |

## FINAL JUDGMENT OF DISMISSAL

On Stipulation of Dismissal filed by the parties pursuant to Fed. R. Civ. P. 41(a), the Court enters a judgment of dismissal with prejudice.

ORDERED this ___16___ day of ___Aug___, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE